FILED

2005 SEP 22 P 12:57

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____ /s/_____
DEPUTY

1  McGREGOR W. SCOTT
   United States Attorney
2  CARL M. FALLER,, JR.
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (209) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR.NO. 1: 05 CR 00342 AWI |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
| | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
| | ) FEDERAL RULES OF |
| | ) CRIMINAL PROCEDURE |
| HASSAN SALTI, | ) |
| Defendant. | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 22, 2005, charging the above defendant with a violation of Title 18, United States Code, Sections 2113(b) - Bank Larceny, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for

the issuance and execution of the warrant.

DATED: September 2/ 2005                    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/
　 CARL M. FALLER, JR.
　 Assistant U.S. Attorney

ORDERED as prayed this 22nd day of September 2005

/s/
U.S. Magistrate Judge