KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
HASSAN ALSALTI

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-F-05-00342 AWI |
| Plaintiff, | REQUEST TO RELEASE DEFENDANT HASSAN ALSALTI'S PASSPORT TO ATTORNEY KATHERINE HART AND TO RELEASE PROPERTY BOND POSTED TO SECURE HIS APPEARANCE; AND ORDER |
| v. | |
| HASSAN ALSALTI, | |
| Defendant. | |

TO THE HONORABLE ANTHONY W. ISHII, JUDGE OF THE ABOVE-ENTITLED COURT:

Defendant HASSAN ALSALTI was sentenced on June 12, 2006 and ordered to serve a two-year term of probation.  As a condition of  pretrial release, he was ordered to deposit his passport with the United States Clerk's Office and to post property at 2900 Alysheba Avenue, Modesto, Ca. 95355.   Now that he has been sentenced, counsel requests the following:

1. That the passport of Hassan Alsalti be released by the United States Clerk's Office to counsel Katherine Hart, for return to her client;

2. That the property bond posted on the residence at 2900 Alysheba Avenue, Modesto, Ca. 95355 be released, and the trust deed securing his appearance be reconveyed to the property owner.

DATED: June 13, 2006          Respectfully submitted,


/s/ Katherine Hart
KATHERINE HART, Attorney for
Defendant HASSAN ALSALTI


**ORDER**

Good cause appearing, it is hereby ordered as follows:

1. That the passport of defendant Hassan Alsalti be released by the Clerk of the Eastern District to attorney Katherine Hart;

2. That the property bond for 2900 Alysheba Avenue, Modesto, Ca. 95355be be released by the United States Clerk's Office, and that the trust deed of such property bond be reconveyed to the owner of the property.

IT IS SO ORDERED.

**Dated:   June 13, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE

2